

# NUMBER 13-12-00621-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ROSALVA RICO AS NEXT FRIEND OF
J. E. SALINAS RICO AND A. C. SALINAS,                    Appellant,

v.

OSCAR SALINAS D/BA DEL INN SUITES
AND FIRST NATIONAL BANK,                                Appellees.

---

On appeal from the 389th District Court
of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Rosalva Rico as next friend of J.E. Salinas Rico and A.C. Salinas, appealed a judgment entered by the 389th District Court of Hidalgo County, Texas. On October 18, 2012, the Clerk of this Court notified appellant that the notice of appeal failed

to comply with Texas Rule of Appellate Procedure 9.5(e)(3) and 25.1(d)(2). *See* TEX. R. APP. P. 9.5(e)(3) and 25.1(d)(2). The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within 30 days from the date of that notice. On February 7, 2013, the Clerk notified appellant that the defects had not been corrected and warned appellant that the appeal would be dismissed if the defects were not cured within ten days. Appellant has not responded to the notices from the Clerk or corrected the defects.

An appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b),(c). The Court, having considered the documents on file, and appellant's failure to correct the defect, is of the opinion that the appeal should be dismissed. *See id.* 37.3, 42.3(b),(c). Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION and failure to comply with a notice from the Court. *See id.*

PER CURIAM

Delivered and filed the
7th day of March, 2013.

2